1

2

3

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

4   Robert James Swint, et al.,                           Case No. 2:24-cv-00433-CDS-EJY

5                        Plaintiffs                    **Order Adopting Magistrate Judge's Report**

6        v.                                                **and Recommendation and Closing Case**

7   Oregon Lottery Commission, et al.,                    [ECF Nos. 1, 3]

8                        Defendants

9

10          Plaintiffs Robert and Sandra Swint allege "unlawful crisscross apple saucing" against an

11   array of defendants. Because the Swints apply to proceed *in forma pauperis*, Magistrate Judge Elayna

12   Youchah screened the complaint and recommends that it be dismissed with prejudice. R&R, ECF

13   No. 3.

14          Under this district's local rules, the Swints had until March 22, 2024 to file any

15   objections to the R&R. 28 U.S.C. § 636(b)(1); LR IB 3-2(a) (stating that parties wishing to object

16   to an R&R must file objections within fourteen days). As of the date of this order, the plaintiffs

17   have neither objected to the R&R nor requested more time to do so. And "no review is required of

18   a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*,

19   263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United*

20   *States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). I nonetheless reviewed Judge Youchah's

21   R&R and agree with her findings.

22          As Judge Youchah correctly summarized, the Swints' filing is comprised of

23   incomprehensible gibberish, and no actual facts are alleged. *See generally* Complaint, ECF No. 1-1.

24   Pro se litigants should be given leave to amend unless it is absolutely clear that the defective

25   complaint cannot be cured by amendment. *Lucas v. Dep't of Corr.*, 66 F.3d 245, 248 (9th Cir. 1995).

26   Here, plaintiffs' mostly indecipherable complaint is nothing more than gibberish that fails to state

a cognizable claim under federal law. No amendment can cure these defects. Amendment would thus be futile and therefore denied.

### Conclusion

IT IS THEREFORE ORDERED that Magistrate Judge Youchah's report and recommendation **[ECF No. 3] is ADOPTED** in its entirety. Swint's application to proceed in forma pauperis **[ECF No. 1] is DENIED** as moot.

This action is dismissed with prejudice. The Clerk of Court is kindly instructed to enter judgment accordingly and to close this case.

Dated: March 25, 2024

_____
Cristina D. Silva
United States District Judge